UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHARI PRASAD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>　　　　　　Defendants. | No.  2:15-cv-0555 KJM GGH PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By order filed August 5, 2015, plaintiff's complaint was dismissed and twenty-eight days leave to file an amended complaint was granted.  In that order, the court informed plaintiff of the deficiencies in the complaint.  The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

　　　　Plaintiff has apparently decided to rest on the dismissed complaint.  For the reasons given in the August 5, 2015 order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within

fourteen days after service of the objections.  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 11, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Prasad0555.fta